SCOTT A. SUGARMAN (Cal. Bar No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant
    FILBERTO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FILIBERTO GONZALEZ,<br><br>         Defendant. | No. CR 05-413 SBA<br><br>**STIPULATION AND ORDER FOR PRESERVATION OF RECORDINGS** |

During the course of the criminal investigation underlying the charges in this action, law enforcement officers on two occasions directed officers with the Contra Costa Sheriff's Department to stop a vehicle allegedly driven by defendant Filiberto Gonzalez. This occurred on March 1, 2005 and on March 15, 2005.

By California law, certain radio transmissions involving law enforcement agencies are recorded and those recordings preserved for a limited amount of time. Absent court order or as otherwise agreed by the law enforcement agency involved, those recordings are thereafter destroyed.

It is believed that there may be radio transmissions regarding each of the above detentions of defendant Gonzalez by law enforcement officers. Those radio transmissions (and related printouts) are in the custody of the Communications Department of the Contra Costa County Sheriff's Department. The Director of that Department has informed Scott A. Sugarman, attorney for defendant Gonzalez, that she currently has such recordings but that they will be destroyed absent court order.

To preserve such evidence for possible use in this pending matter, the parties STIPULATE that this Court should issue an Order directing the Communications Department of the Contra Costa County Sheriff's Department to preserve, for one year or until further order of the court, all recordings (regardless of medium) and related printouts of radio communications or electronic communications between officers or between officer and dispatch, regardless of the channel on which such communications were made, regarding or related to the following:

1) on March 1, 2005, at approximately 3:01 p.m., a car stop by Contra Costa County Sheriff's Deputy Shrader of Filiberto Gonzalez Gomez near Highway 4 and Highway 680, including subsequent meeting between Deputy Shrader and officers associated with WESTNET approximately an hour later; and

2) on March 15, 2005, at approximately 8:54 p.m., a car stop by Contra Costa County Sheriff's Officer Roberts of Filiberto Gonzalez, near Highway 4 and Willow Pass Road.

It is further STIPULATED that a copy of all such recordings and related printouts shall be provided to counsel for all parties.

So Stipulated.

DATED: \_\_\_\_\_/s_____
Scott A. Sugarman
Attorney for Filiberto Gonzalez

Stipulation for Preservation of Recordings                                              2

DATED: _____/s_____
Shaun Halbert
Attorney for Martiniano Arcigaleon

DATED: _____/s_____
Brian Stretch
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the Communications Department of the Contra Costa County Sheriff's Department is hereby ORDERED to preserve, for one year or until further order of the court, all recordings (regardless of medium) and related printouts of radio communications or electronic communications between officers or between officer and dispatch, regardless of the channel on which such communications were made, regarding or related to the following:

1) on March 1, 2005, at approximately 3:01 p.m., a car stop by Contra Costa County Sheriff's Deputy Shrader of Filiberto Gonzalez Gomez near Highway 4 and Highway 680, including subsequent meeting between Deputy Shrader and officers associated with WESTNET approximately an hour later; and

2) on March 15, 2005, at approximately 8:54 p.m., a car stop by Contra Costa County Sheriff's Officer Roberts of Filiberto Gonzalez, near Highway 4 and Willow Pass Road.

It is further ORDERED that Communications Department of the Contra Costa County Sheriff's Department shall provide a copy of all such recordings and related printouts to counsel for all parties.

DATED: 8/29/05         s/ Saundra Brown Armstrong
                       UNITED STATE DISTRICT JUDGE

Stipulation for Preservation of Recordings                                    3