1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  BRIAN J. STRETCH (CSBN 163973)
   Assistant United States Attorney
5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3721
7     Fax: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13
   UNITED STATES OF AMERICA,        )    No. CR05- 00413 SBA
14                                   )
            Plaintiff,               )    STIPULATION TO CONTINUE
15                                   )    STATUS HEARING FROM
         v.                          )    FEBRUARY 7, 2006 TO FEBRUARY
16                                   )    28, 2006 AND ORDER EXCLUDING
   FILIBERTO GONZALEZ and            )    TIME
17  MARTINIANO ARCIGALEON            )
                                     )
18          Defendants.              )
                                     )
19  _____ )

20

21        The parties are scheduled to appear before The Honorable Saundra Brown

22  Armstrong, United States District Judge, on February 7, 2006 at 9:00 a.m. for a status

23  hearing.  The parties jointly and respectfully request that the status hearing be continued

24  to February 28, 2006 at which time the parties will submit Rule 11(c)(1)(C) plea

25  agreements for the Court's consideration or will ask the Court to set a trial date.

26        The indictment is the product of two separate Drug Enforcement Administration

27  (DEA) investigations.  The indictment alleges 6 different narcotics transactions.  While

28
   Stipulation to Continue Status Hearing
   *United States  v. Gonzalez, et al., CR05-00413 SBA*

the primary phase of discovery has been completed, the focus of the follow-up discovery requests centers around the surveillance of the defendants and the quality of the recordings of the transactions.  Since the last time the parties were before the Court on January 10, 2006, the government reproduced an audio recording of one of the drug transactions without distorting background noise.  The defense is in the process of reviewing and translating the recording.  In addition, the U.S. Attorney's received last week DEA lab reports on fingerprint analysis conducted on certain items seized during the investigation.  The defendants have just received the reports and require time to review them and determine whether to conduct independent follow-up analysis.

On a parallel track, the parties have continued to meet in an effort to discuss a possible resolution of the case short of trial.  The meetings have been productive and will conclude in the next two weeks.  The parties anticipate submitting Rule 11(c)(1)(C) plea agreements to the Court for its consideration at the next status hearing.  Otherwise, the parties will ask the Court to set a trial date.

In addition, counsel for the government begins a jury trial in front of The Honorable Claudia Wilken, United States District Judge, on February 13, 2006 in the matter of the *United States v. Mirza Ali, et al.*, CR02-40081 CW.  The trial is anticipated to last 6 weeks.

Accordingly, the parties respectfully request a continuance of the status hearing from February 7, 2006 to February 28, 2006 at 9:00 a.m.  The parties stipulate and agree that failure to exclude the time period between February 7, 2006 and February 28, 2006 from computation under the Speedy Trial Act would unreasonably deny the government continuity of counsel and would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  The parties further stipulate that the ends of justice served by the continuance outweigh the best interest of the public and the

//

Stipulation to Continue Status Hearing
*United States  v. Gonzalez, et al., CR05-00413 SBA*

1    defendant in a speedy trial.

2

3    DATED: February 2, 2006          Respectfully submitted,

4                                     KEVIN V. RYAN
                                      United States Attorney
5

6
                                      _____
7                                     BRIAN J. STRETCH
                                      Assistant United States Attorney
8

9

10   DATED: _____        _____
                                      SCOTT SUGARMAN
11                                    Counsel for Filiberto Gonzalez

12   DATED: _____        _____
13                                    JEROME MATTHEWS
                                      Counsel for Martiano Arcigaleon
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Stipulation to Continue Status Hearing
     *United States  v. Gonzalez, et al., CR05-00413 SBA*

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the status hearing scheduled for February 7, 2006 shall be continued to February 28, 2006 at 11:00 a.m.  IT IS FURTHER ORDERED that the time period from February 7, 2006 to February 28, 2006 shall be excluded from computation under the Speedy Trial Act because failure to do so would unreasonably deny the government continuity of counsel and would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *Id*.

DATED: 2/6/06

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Stipulation to Continue Status Hearing
*United States  v. Gonzalez, et al., CR05-00413 SBA*